No. 923. MEREDITH ET AL. *v.* WINTER HAVEN. May 24, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. D. C. Hull, Erskine W. Landis, John L. Graham,* and *J. Compton French* for petitioners. *Mr. Giles J. Patterson* for respondent.